FILED
10 JUL -7 AM 8:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FRANCISCO MORA-AMALLA,<br><br>　　　　　Defendant. | Criminal Case No. 09cr1573-BTM<br><br>ORDER RE: CJA VOUCHER |

　　This matter came before the court on the application of John Cotsirilos, Esq. for approval of his two CJA vouchers in the total combined amount of $2,580.00 in fees for representing an individual in connection with a supervised release violation. 18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation for a supervised release violation is $2100 unless the court finds that the representation was extended or complex.

　　After reviewing the record and Mr. Cotsirilos's letter dated June 23, 2010, which is attached to the voucher, the court finds that the representation was in an extended or complex case and that the amount requested is necessary to provide fair compensation. <u>See</u> 18 U.S.C. § 3006(A)(d)(3). Therefore the district court approves the vouchers in the total combined amount of $2,580.00.

　　Approval of such payment by the Chief Judge of the Ninth Circuit, or one of his delegates, is also necessary.

**IT IS SO ORDERED.**

Dated: July 6, 2010

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge